**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00006-CV**
_____

**IN RE BRANDON CREIGHTON**

═══════════════════════════════════════

**Original Proceeding**

═══════════════════════════════════════

**MEMORANDUM OPINION**

Brandon Creighton, Relator, filed a petition for a writ of mandamus to compel Gilberto Hinojosa, Texas Democratic Party Chair, Respondent, to perform a ministerial duty imposed by law in connection with the March 2022 Texas Democratic Primary Election. *See* Tex. Elec. Code Ann. § 273.061(a). Creighton contends Hinojosa had a ministerial duty to reject the application of Misty Bishop, Real Party in Interest, for a place on the Democratic Party General Primary Ballot for the Office of State Senator from Texas State Senate District 4 because she failed to submit the correct filing fee with her application. *See* Tex. Elec. Code Ann. § 172.021(a), (b) (to be entitled to a place on the general primary election ballot, a candidate must make an application for a place on the ballot accompanied by the

1

appropriate filing fee); *see also* Tex. Elec. Code Ann. § 172.024(a)(4) (the filing fee for a candidate for nomination in the general primary election for the office of state senator is $1250); Tex. Elec. Code Ann. § 172.0222 (if an application does not comply with the applicable requirements, the authority with whom the application is filed shall reject the application and immediately deliver to the candidate written notice of the reason for the rejection). Creighton asks this Court to compel Hinojosa to reject Bishop's application, notify Bishop in writing of the reason for the rejection, report to the Texas Secretary of State that Bishop's ballot application has been determined not to comply with the applicable requirements, and ensure that Bishop's name does not appear on the ballot for State Senator from Texas State Senate District 4. *See* Tex. Elec. Code §141.032(e), §172.0222(g), and §172.029(d).

In response, Hinojosa explains that Bishop paid the $1250 fee on December 3, 2021, when she filed an application for Senate District 7, but that application was rejected because Bishop failed to meet the residency requirements. According to Hinojosa, Bishop's application fee was refunded and credited to the application Bishop filed on December 10, 2021 for Senate District 4.

Relator filed a Reply in Support of Petition for Writ of Mandamus, together with additional mandamus record.

On this record, Relator has not shown that he is entitled to mandamus relief. *See* Tex. Elec. Code Ann. § 273.061(a). Accordingly, we deny the petition for a writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on February 9, 2022
Opinion Delivered February 10, 2022

Before Kreger, Horton and Johnson, JJ.